**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1267**

LAWRENCE VERLINE WILDER, SR.,

                Plaintiff - Appellant,

        v.

TOYOTA MOTOR CREDIT CORPORATION,

                Defendant – Appellee,

        and

EQUIFAX CREDIT INFORMATION SERVICES,

                Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Catherine C. Blake, Chief District Judge.  (1:97-cv-01969-WDQ)

Submitted:  July 21, 2016              Decided:  July 25, 2016

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lawrence Verline Wilder, Sr., Appellant Pro Se.  Michael N. Russo, Jr., COUNCIL, BARADEL, KOSMERL & NOLAN, PA, Annapolis, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. See Aikens v. Ingram, 652 F.3d 496, 501 (4th Cir. 2011) (providing standard). Accordingly, although we grant leave to proceed in forma pauperis, we affirm. Wilder's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2